UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| CHRISTOPHER C. JOHNSON, | ) | Case No.: 3:24-cv-05071-TMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | FED. R. CIV. PRO. 41(a)(1)(A)(ii) |
| vs. | ) | STIPULATION OF DISMISSAL |
| | ) | |
| AMSHER COLLECTION SERVICES, | ) | Judge Tiffany Cartwright |
| INC.; | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), plaintiff Christopher C. Johnson and defendant AmSher Collection Services, Inc. ("AmSher"), hereby jointly stipulate to the dismissal with prejudice of the above-captioned lawsuit and all of plaintiff's claims against AmSher, with each side to bear its own costs and fees.

Dated: May 7, 2024

*/s/ Nicolas M. Bell*
Nicolas M. Bell, Esq.
Sessions, Israel & Shartle
Lakeway Three, Suite 2800

SESSIONS, ISRAEL & SHARTLE, LLC
3838 N. Causeway Blvd. Suite 2800
Metairie, LA 70002
(504) 846-7932

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3838 North Causeway Boulevard
Metairie, LA  70002-7227
Telephone: (504) 828-3700
Facsimile:  (504) 828-3737
nbell@sessions.legal

*Attorney for AmSher Collection Services, Inc.*


*/s/ Christopher C. Johnson*
Christopher C. Johnson (*pro se*)
5613 121st Street Court E#1
Puyallup, WA 98373
206-331-2202
Cejay80@gmail.com
*Pro se Plaintiff*

Stipulation of Dismissal, No. 3:24-cv-05071-TMC